Huang v. Holder

BIA
Burr, IJ
A099 938 985

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER
FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF
APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER
IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN
ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER
MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of October, two thousand fourteen.

PRESENT:
JON O. NEWMAN,
DENNIS JACOBS,
PIERRE N. LEVAL,
       *Circuit Judges*.

_____

FEI YI HUANG,
       *Petitioner*,

v.                                        13-2054
                                          NAC

ERIC H. HOLDER, JR., UNITED STATES
ATTORNEY GENERAL,
       *Respondent*.

_____

**FOR PETITIONER:** Scott E. Bratton, Margaret Wong & Associates, Co., Cleveland, Ohio.

**FOR RESPONDENT:** Stuart F. Delery, Assistant Attorney General; Greg D. Mack, Senior Litigation Counsel; Lisa Morinelli, Trial Attorney, Office of Immigration Litigation, United States Department of Justice, Washington, D.C.

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is DENIED.

Fei Yi Huang, a native and citizen of China, seeks review of a May 2, 2013, decision of the BIA that: (1) affirmed the December 10, 2010, decision of Immigration Judge ("IJ") Sarah Burr, pretermitting his application for asylum as untimely and denying him withholding of removal and relief under the Convention Against Torture ("CAT"); and (2) denied his motions to remand. *In re Fei Yi Huang*, No. A099 938 985 (B.I.A. May 2, 2013), *aff'g* No. A099 938 985 (Immig. Ct. N.Y. City Dec. 10, 2010). We assume the parties' familiarity with the underlying facts and procedural history of this case.

Under the circumstances of this case, we have reviewed the IJ's decision as supplemented by the BIA. *See Yan Chen*

*v. Gonzales*, 417 F.3d 268, 271 (2d Cir. 2005). The applicable standards of review are well established. *See Yanqin Weng v. Holder*, 562 F.3d 510, 513 (2d Cir. 2009); *see also Jian Hui Shao v. Mukasey*, 546 F.3d 138, 168-69 (2d Cir. 2008); *Li Yong Cao v. U.S. Dep't of Justice*, 421 F.3d 149, 156-57 (2d Cir. 2005).

Huang's only challenges are to the agency's denial of withholding of removal and CAT relief, and the BIA's denial of his motions to remand. Huang sought relief and moved to remand based on his claim that he fears forced sterilization in his home province of Zhejiang because he has had more than one child in the United States, which he contends violates China's population control program. For largely the same reasons as this Court set forth in *Jian Hui Shao*, 546 F.3d 138, we find no error in the agency's determination that Huang failed to demonstrate his eligibility for relief or the BIA's finding that his evidence submitted on appeal was immaterial. *See id.* at 158-72.

For the foregoing reasons, this petition for review is DENIED. As we have completed our review, any pending request for oral argument in this petition is DENIED in accordance with Federal Rule of Appellate Procedure

34(a)(2), and Second Circuit Local Rule 34.1(b).

                                    FOR THE COURT:
                                    Catherine O'Hagan Wolfe, Clerk